_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 2 9 2015

AT GREENBELT
CLERK, U.S. DISTRICT COU
DISTRICT OF MARYLAND

## ATTACHMENT A
### Statement of Facts

*The United States and Defendant Peter Flynn stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

At all times relevant to this case, the Defendant, **PETER FLYNN** ("**FLYNN**"), was a resident of Silver Spring, Maryland.

On April 3, 2014, a Maryland State Police ("MSP") Corporal was conducting an online investigation into individuals sharing child pornography on a peer-to-peer file sharing network. On that date, the MSP Corporal downloaded approximately 205 images and videos of children engaged in sexually explicit conduct that **FLYNN** made available for sharing through a peer-to-peer file sharing network. The following is an example of one of the files **FLYNN** made available for sharing on April 3, 2014:

- A video titled (Pthc) 6yo Favela Full (1+2).avi that is 15 minutes and 44 seconds long and starts with an adult male shoving his hands in the shorts in what appears to be the vaginal area of a prepubescent female. The video changes to several different scenes in which the adult male digitally penetrates and then uses his penis to penetrate the vagina of the child.

At some point after the above-described video was downloaded by the MSP Corporal in April 2014 and before September 30, 2014, **FLYNN** placed the video in the recycle bin on his computer.

On September 30, 2014, law enforcement officers executed a search warrant at **FLYNN's** residence in Silver Spring, Maryland. Pursuant to the warrant, law enforcement seized, among other items, a black custom tower computer labeled "NZXT" and a Dell E520 tower computer with serial number G28R8C1, both of which were located in the basement of **FLYNN's** residence.

Also on September 30, 2014, **FLYNN** waived his *Miranda* rights and agreed to be interviewed by members of law enforcement. **FLYNN** admitted to having a file sharing program on his computer for at least two or three years. **FLYNN** also admitted that law enforcement may find child pornography on his computer and that approximately 75% of the pornography on his computer was "young stuff."

A forensic analysis of the custom tower computer revealed a "downloads" folder on the hard drive associated with the peer-to-peer file sharing program that contained approximately 27,255 images and 715 videos of child pornography and child erotica, the majority of which constitute child pornography. The Recycle Bin folder on the same computer contained approximately 22,635 images and 436 videos of child pornography and child erotica, the majority of which constitute child pornography. The forensic analysis also revealed that **FLYNN** downloaded the peer-to-peer file sharing program onto the custom tower computer on

November 26, 2012 and deleted the program in July 2014. Even after deleting the program, **FLYNN** maintained and continued to access the "downloads" folder associated with the program in which he stored images and videos of child pornography through at least September 21, 2014.

A forensic analysis of the Dell E520 computer revealed that **FLYNN** downloaded a peer-to-peer file sharing program onto that computer on July 28, 2008 and last accessed the "downloads" folder containing child pornography on May 2, 2011. The Dell computer contained approximately 1,530 images and 80 videos of child pornography and child erotica, the majority of which constitute child pornography. The Recycle Bin folder on the Dell computer also contained 248 images of child pornography and child erotica.

The following are descriptions of some of the videos and images of children engaged in sexually explicit conduct recovered from **FLYNN's** computers in addition to the video previously described that was downloaded by the MSP Corporal:

- A video titled ! New ! (Pthc) Tara 8Yr - Tara Gets Molested By A Clown(taraPart 1).mpg that is 11 minutes and 38 seconds in length and depicts an adult male with a clown mask digitally penetrating a naked prepubescent female, having the child perform fellatio on him, and then engaging in sexual intercourse with the child. The child, at times, makes sounds as if she is in pain. At one point during the video, the adult male asks the child, "Do you like being raped?" to which the child responds, "Yes." The video ends with the adult male telling the child to say, "Rape me" and with the child then complying.

- A video titled !!!NEW!!! (pthc) nablot_2.avi that is 25 minutes and 17 seconds in length and depicts a prepubescent female lying on her stomach with her buttocks in the air. An adult male inserts beads into the child's anus and then pulling the beads out as the girl makes noises suggesting pain. The video also depicts the adult male performing cunnilingus on a second child, a prepubescent girl inserting a dildo into her vagina and anus, and other girls penetrating their vaginas with dildos and fingers.

- An image titled touch-011b-054.jpg that depicts a prepubescent girl naked sitting on a circular red raft. The girl has her legs spread wide open exposing her vagina. She is looking at the camera smiling. An "LS Models" label is in the top left corner of the photo.

- An image titled natur-03-061.jpg that depicts a prepubescent girl lying naked on her back with her legs spread open. The camera is positioned close to her vagina and her face is visible as well. The "LS Models" logo is written in the top right corner of the photo.

- An image titled pthc_ptsc_9yo jenny in nylons and collar tied up.jpg that depicts a prepubescent girl wearing only thigh high black stockings lying on her back. Her knees are bent and spread wide apart exposing her vagina. Her legs and wrists are bound together with yellow rope.

The images and videos depict real children engaged in sexually explicit conduct. The images and videos possessed by **FLYNN** were transported through the Internet and therefore traveled in interstate and foreign commerce.

I have read this statement of facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

6/26/15
Date

Peter Flynn

I am Peter Flynn's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

6/29/15
Date

Barry J. Pollack, Esq.

11